IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAROLD CANNON | : | No. 05-CR-36 |

## ORDER

AND NOW, this 12th day of August 2009, upon consideration of Defendant Harold Cannon's Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Doc. Nos. 98, 100) and the Government's Response (Doc. No. 101), and in accordance with the attached Memorandum, it is hereby ORDERED that

(1)  Defendant's § 2255 Motion (Doc. Nos. 98, 100) is DENIED;

(2)  Defendant's Request for a Certificate of Appealability is DENIED; and

(3)  The Clerk shall mark the corresponding civil action for Defendant's Motion (Civ. A. No. 09-2102) CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Shelley\05-36 USA v. Cannon (habeas)\Order re 2255.wpd